IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO BARRAGAN-CAMPOS, | No. C 06-07057 CRB |
| Petitioner, | **ORDER** |
| v. | |
| MICHAEL CHERTOFF et al., | |
| Respondents. | |

Now pending before the Court is petitioner's motion for a stay of removal and his ex parte motion to shorten time on the hearing and for a temporary stay of removal pending the hearing. The parties are directed to appear for a status conference on Tuesday, November 21, 2006 at 9:00 a.m. Petitioner shall served Respondent with this Order and petitioner's pleadings on or before 10:00 a.m. on Monday, November 20, 2006.

**IT IS SO ORDERED.**

Dated: November 17, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\7057\orderrestatus.wpd