```
 1  Bruce Leichty, #132876
    Law Offices of Bruce Leichty
 2  625-A Third Street
    Clovis, California  93612-1140
 3  (559) 298-5900
    (559) 322-2425 (fax)
 4  leichty@sbcglobal.net
    1644O.B21
 5
    Attorney for Rogelio Barragan-Campos, Petitioner
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROGELIO BARRAGAN-CAMPOS, | ) Case No. C 06-7057 CRB |
|---|---|
| Petitioner, | ) |
| v. | ) |
| MICHAEL CHERTOFF, IN HIS CAPACITY AS SECRETARY FOR DEPARTMENT OF HOMELAND SECURITY; ALBERTO GONZALES, IN HIS CAPACITY AS ATTORNEY GENERAL AND SECRETARY, DEPARTMENT OF JUSTICE; EDWARD FLORES, IN HIS CAPACITY CHIEF OF CORRECTION, SANTA CLARA COUNTY DEPARTMENT OF CORRECTIONS; DOES I THROUGH X; | ) ORDER STAYING REMOVAL AND DIRECTING RELEASE FROM CUSTODY OF ROGELIO BARRAGAN-CAMPOS aka RIGOBERTO TOSCANO-CORTES PENDING RESOLUTION OF PETITION FOR WRIT OF HABEAS CORPUS OR OTHER RELIEF |
| Respondents, | ) |

The Emergency Motion of Petitioner Rogelio Barragan-Campos having come before the Court following the filing of Petitioner's Petition for Writ of Habeas Corpus or alternatively for Writ of Mandamus, and the time for hearing thereon having been shortened and notice of the November 21 hearing having been served on all

_____1_____

ORDER STAYING REMOVAL [etc.]

parties in interest, Bruce Leichty appearing on behalf of Petitioner and Edward Olsen appearing on behalf of the federal Respondents, and for good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Neither Bureau of Immigration and Customs Enforcement ("ICE") of Department of Homeland Security ("DHS") or any other federal authority or agent thereof shall remove Petitioner Rogelio Barragan-Campos, aka Rigoberto Toscano-Cortes, from the United States pending further order of this Court.

2. DHS ICE is directed to immediately release and cause its agents to release from custody Rogelio Barragan-Campos, whether held under that name or any other name including Rigoberto Toscano-Cortes ("Petitioner"), and to refrain from detaining Petitioner except if there be legal cause relating to the commission of a crime committed on or after the date of this order, pending resolution of this action or any successor action. No condition shall attach to the release of Petitioner or to the liberty granted to him herein except such standard administrative Order of Supervision as is reasonably required to assure DHS ICE that, pending resolution of this action, Petitioner remains a resident at his lawfully-disclosed residence in Fresno, California, subject to his normal work routine, and obeys all laws and orders not inconsistent herewith, including orders of the Executive Office for Immigration Review, if any, which Order of Supervision in this instance shall not require that Petitioner have to travel to any DHS or ICE office or facility, or be
/////

ORDER STAYING REMOVAL [etc.]

1 | subjected to electronic monitoring of any type, unless authorized
2 | by this Court.

4 | Date: Nov. 22, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE